Have you settled this case? Yes, Your Honor. You have settled it. So what do you want us to do? We would submit that if the issue is removed and you agree to dismiss the case with prejudice at this point, we apologize for the late settlement. Are both counsel in agreement that the court is not to fix any costs or fees in connection with the settlement of this case or at the trial level? Yes, Your Honor. Yes, Your Honor. So dismiss the case with prejudice in light of settlement, and you have reconciled the costs between yourselves? Yes. Yes, Your Honor. We've settled it in full and entirely, so there's no issue with regard to costs or fees. Would it be possible for you to submit a joint stipulation saying exactly that, and then we will dismiss the case based on the stipulation? We have it on tape. You have it on tape? That's sufficient? All right. That's sufficient. All right. Well, thank you, counsel. We're just going to rely on the minute entry made in open court. That's fine. Okay. But we needed both agreements, so we couldn't do it on just one. The paper you filed, I don't know which one filed it, only had one lawyer signing it. No, there were two. I'm sorry, Your Honor. There were two signatures on this. It was a stipulation. Well, I don't think that's what we saw. It didn't cover fees and costs. I know that because I looked for that. It didn't cover that issue. All right. Well, thank you very much. Thank you. Thank you very much. I apologize, Your Honor, and thank you for your indulgence. Fine. We're glad to see you both here and glad you reached a good result. So Weinreb v. Pacificare is submitted. Goyd v. Burt Bell, Pete Rizal, NFL Retirement. May it please the Court, Morris. Role change.
judges: Beezer, Hall, Wardlaw